UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EUNICE THOMAS | ) |
| | ) Civil Action Number H-10-3806 |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FINANCIAL CONTROL SERVICES | ) |
| | ) |
| Defendant | ) |

## STIPULATION OF DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

1. Eunice Thomas, Plaintiff, and Financial Control Services, Defendant, file this Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure.

2. This Stipulation of Dismissal is signed by counsel for all parties who have appeared, as evidenced below.

3. The parties intend this dismissal to be *without prejudice*. Plaintiff *has not* previously dismissed any federal court or state court action based on or including the same claim.

SO STIPULATED on the dates indicated below.

Respectfully submitted,

Warren & Vullings, LLP
93 Old York Road
Suite 333
Jenkintown, PA 19046
(215) 745-9800

Bruce K. Warren, Esquire
State Bar of Pennsylvania No. 89677
Attorney in Charge for Plaintiff

DATE SIGNED: 4/6/11

Serena D. Harmon, Esquire
State Bar of Texas No. 00785943
Attorney at Law
11119 McCracken Circle, Suite C
Cypress, TX 77429
(713) 582-2890
Attorney for Plaintiff

Montez & Williams, PC
3809 West Waco Drive
Waco, TX 76710
(254) 759-8600

Aubrey R. Williams, Esquire
Attorney in Charge for Defendant

DATE SIGNED: 04/06/2011