UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EUNICE THOMAS | ) |
| | ) Civil Action Number H-10-3806 |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| FINANCIAL CONTROL SERVICES | ) |
| | ) |
| Defendant | ) |
| | ) |

## ORDER REGARDING STIPULATION OF DISMISSAL

Eunice Thomas, Plaintiff, and Financial Control Services, Defendant, have filed a

Stipulation of Dismissal, pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil

Procedure, signed by counsel for all parties who have appeared, confirming their

agreement to dismiss this case *without prejudice*.

IT IS ORDERED that this proceeding be, and it is hereby, DISMISSED, *without*

*prejudice*.

SIGNED this _____day of April, 2011.

Lee H. Rosenthal
United States District Judge